UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| NOH HAILE #A201-682-813,<br>Plaintiff | CIVIL DOCKET NO. 1:20-CV-01260-P |
| VERSUS | JUDGE DAVID C. JOSEPH |
| WILLIAM BARR,<br>Defendant | MAGISTRATE JUDGE JOSEPH H.L.<br>PEREZ-MONTES |

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 17], after a *de novo* review of the record, noting the absence of objection thereto and the Defendant's Response [ECF No. 16], and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Plaintiff's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [ECF No. 1] and Amended Petition [ECF No. 8] are DENIED and DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers on this 21st day of April 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE